# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

Clifford W. Taylor,
Chief Justice

132151

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LILLIAN KREBS, MARK KREBS,
FRED KREBS and KREBSVIEW FARMS,
      Plaintiffs,

v

                                   SC: 132151
                                   COA: 258813
                                   Ingham CC: 03-000807-CK

WILLIAM and SALLY NYGREN,
      Defendants-Appellants,

and

SECURA INSURANCE,
      Defendant-Appellee.
_____/

On order of the Court, the application for leave to appeal the August 15, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

_____
Clerk

p1218